IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEJA VU OF NASHVILLE, et al. | ) |
| | ) |
| v. | ) NO. 3:97-1066 |
| | ) JUDGE CAMPBELL |
| METROPOLITAN GOVERNMENT of | ) CONSOLIDATED CASES |
| NASHVILLE/DAVIDSON COUNTY | ) |
| | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 337), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Fifth Motion for Attorneys' Fees (Docket No. 329) is GRANTED, and Plaintiffs are awarded a total amount of $89,880.84 in attorneys' fees and expenses, as set forth in the Report and Recommendation.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE